WO

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. 08-3221M |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Martin Cohenete-Galvan, | |
| Defendant. | |

Upon motion of the United States, and good cause appearing,

**IT IS ORDERED** vacating the change-of-plea hearing set for July 29, 2008.

DATED this 28th day of July, 2008.

Lawrence O. Anderson
United States Magistrate Judge